**EXHIBIT "2"**



# COMET SHIPPING AGENCIES NIGERIA LTD.
(RC 67318)

**NAL -COMET HOUSE**
4, HINDERER ROAD, OFF ODUDUWA ROAD, P.M.B. 1001, APAPA, LAGOS-NIGERIA.
TEL: 7748516, 7740143, 7737800, FAX: 5453214, 5874926
E-mail: bills-costing@cometshipping.com. Info@cometshipping.com
VAT Reg. No.LCV 09002 67318

Michael J. Carcich, Esq. (MC-5207)
NICOLETTI HORNIG & SWEENEY
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005
Telephone: 212-220-3830
(OUR FILE: 00000891 MJC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

COMET SHIPPING AGENCIES NIGERIA LTD.,

        Plaintiff,         09 Civ. 7043 (CM)

- against -

GLOBAL CONTAINER LINES LIMITED,

        Defendant.

------------------------------------------------------------X

## DECLARATION PURSUANT TO 28 U.S.C. 1746

I, Bashiru Alani Adesina, declare under penalty of perjury:

1.    I am Group Chief Accountant of COMET SHIPPING AGENCIES NIGERIA LTD. and as such am personally familiar with its corporate organization and operations.

2.    COMET SHIPPING AGENCIES NIGERIA LTD. is a corporation organized and existing under the laws of Nigeria. COMET SHIPPING AGENCIES NIGERIA LTD.'s

**COMET SHIPPING AGENCIES NIGERIA LTD.**
(RC 67318)
NAL -COMET HOUSE
4, HINDERER ROAD, OFF ODUDUWA ROAD, P.M.B. 1001, APAPA, LAGOS-NIGERIA.
TEL: 7748516, 7740143, 7737800, FAX: 5453214, 5874926
E-mail: bills-costing@cometshipping.com. Info@cometshipping.com
VAT Reg. No.LCV 09002 67318

office and principle place of business is, and since 9th September, 1998 has been, located at 4 Hinderer Road, Off Oduduwa Road, P.M.B. 1001, Apapa, Lagos-Nigeria.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Bashiru Alani Adesina

Executed on the 19th day of October, 2009 at Lagos, Nigeria.

X:\Public Word Files\0\891\LEGAL\DECLARATION.VAL.doc