# EXHIBIT "3"

# NYS Department of State

## Division of Corporations

**Entity Information**

Selected Entity Name: GLOBAL CONTAINER LINES LIMITED
Selected Entity Status Information

**Current Entity Name:** GLOBAL CONTAINER LINES LIMITED
**Initial DOS Filing Date:** DECEMBER 18, 1997
**County:** NASSAU
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
GLOBAL CONTAINER LINES LIMITED
100 QUENTIN ROOSEVELT BLVD.
GARDEN CITY, NEW YORK, 11530

**Chairman or Chief Executive Officer**
KAZEM PAKSIMA
100 QUENTIN ROOSEVELT BLVD
GARDEN CITY, NEW YORK, 11530

**Principal Executive Office**
GLOBAL CONTAINER LINES LIMITED
100 QUENTIN ROOSEVELT
GARDEN CITY, NEW YORK, 11530

**Registered Agent**
UNITED CORPORATE SERVICES, INC.
10 BANK STREET, SUITE 560
WHITE PLAINS, NEW YORK, 10606

This office does not require or maintain information
regarding the names and addresses of officers,
shareholders or directors of a corporation.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| DEC 18, 1997 | Actual | GLOBAL CONTAINER LINES LIMITED |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page   NYS Department of State Home Page