**EXHIBIT "4"**

**Service of Process:**
1:09-cv-07043-CM Comet Shipping Agencies Nigeria Ltd v. Global Container Lines Limited
ECF

U.S. District Court

United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Carcich, Michael on 9/18/2009 at 10:52 AM EDT and filed on 9/18/2009

**Case Name:** Comet Shipping Agencies Nigeria Ltd v. Global Container Lines Limited
**Case Number:** 1:09-cv-7043
**Filer:** Comet Shipping Agencies Nigeria Ltd
**Document Number:** 7

**Docket Text:**
**AFFIDAVIT OF SERVICE of Summons and Complaint. Service was accepted by Alma A, Authorized Agent of Entity. Document filed by Comet Shipping Agencies Nigeria Ltd. (Carcich, Michael)**

**1:09-cv-7043 Notice has been electronically mailed to:**

Michael Joseph Carcich    mcarcich@nicolettihornig.com

**1:09-cv-7043 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=9/18/2009] [FileNumber=6483788-0
] [29899ec7a27dcf0f82ab10ebab5f5b66adc06cdad0698fdeee7bcd21567a7d6d160
7ce546bf2754ff0089d1ad98ce214fb7a68adcda795b3be56c95e6baf8118]]

**AFFIDAVIT OF SERVICE**  Ref# 91862

District Court | Southern County | Index/Case # 09 7043 | Filing Date 8/10/2009

**Plaintiff**
Comet Shipping Agencies

**Defendant**
Global Container Lines Limited

Suffolk County, State of: New York, Juan Pereira NYC DCA 0862954 being sworn, says: Deponent is not a party herein; is over the age of 18 years and resides in the State of New York

On 9/11/2009 at 920 AM am/pm at: United Corporate Services, 10 Bank St. Ste 560 White Plains NY 10606

Deponent served the within ***Summons and Complaint, Civil Case Management Plan, Individual Practices of

On: Global Container Lines Limited (herein after called the recipient) therein named.

☐ **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **Suitable Age person** — by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is defendants ☐ Actual Place of Residence ☐ Actual Place of Business within the State

☐ **Affixing to Door** — By affixing a true copy of each to the door of said premises which is defendants ☐ Actual Place of Residence ☐ Actual Place of Business, within the State
Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there _____

☒ **Corporation or Partnership or Trust or LLC** — by delivering thereat a true copy of each to Alma A personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be Authorized Agent of entity thereof.

☐ **Mailing** — Within ___ day(s) of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known ☐ Actual Place of Residence ☐ Actual Place of Business, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **Description**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☐ white skin | ☒ black hair | ☐ 14-20 Yrs | ☐ Under 5' | ☐ < 100 Lbs |
| ☒ Female | ☐ black skin | ☐ brown hair | ☒ 21-35 Yrs | ☐ 5'0"-5'3" | ☐ 100-130 Lbs |
| | ☐ yellow skin | ☐ gray hair | ☐ 36-50 Yrs | ☒ 5'4"-5'8" | ☒ 131-160 Lbs |
| | ☒ brown skin | ☐ blonde hair | ☐ 51-65 Yrs | ☐ 5'9"-6'0" | ☐ 161-200 Lbs |
| ☐ Glasses | ☐ red skin | ☐ red hair | ☐ Over 65 Yrs | ☐ Over 6' | ☐ Over 200 Lbs |
| | | ☐ bald(ing) | | | |

Other Identifying Features _____

☐ **Military Service** I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ Subpoena Fee Tendered in the amount of _____

☒ Judge Mcmahon, Rules Governing Electronic Discovery

Sworn to before me on 9/14/09

Christina Hummler
Notary Public, State of New York
No. 01HU4637421
Qualified in Suffolk
Commission Expires 6/30/2010

Deponent's (Server) Signature

Attorney Info/Client Info
Nicoletti Hornig & Sweeney
Wall St. Plaza 88 Pine Street 7th Floor
New York NY 10005
212 220 3830

# UNITED STATES DISTRICT COURT 

## SOUTHERN DISTRICT OF NEW YORK

COMET SHIPPING AGENCIES NIGERIA LTD.,

                    Plaintiffs,

- against -

GLOBAL CONTAINER LINES LIMITED,

                    Defendant.
-----------------------------------------------------------------X

Case No. 09 Civ.  (   )

**09 CIV 7043**

SUMMONS IN A CIVIL ACTION

TO: (NAME AND ADDRESS[ES] OF DEFENDANT[S])

GLOBAL CONTAINER LINES LIMITED
100 Quentin Roosevelt Boulevard
Garden City, New York 11530

GLOBAL CONTAINER LINES LIMITED
c/o United Corporate Services Inc.
10 Bank Street, Suite 560
White Plains, New York 10606

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
(FILE NO.: 00000891 MJC)

an answer to the complaint which is herewith served upon you, within (twenty) **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON
CLERK

_____
BY DEPUTY CLERK

August 10, 2009
DATE

**Service of Process:**
1:09-cv-07043-CM Comet Shipping Agencies Nigeria Ltd v. Global Container Lines Limited
ECF

**U.S. District Court**

**United States District Court for the Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered by Carcich, Michael on 9/18/2009 at 10:48 AM EDT and filed on 9/18/2009

**Case Name:** Comet Shipping Agencies Nigeria Ltd v. Global Container Lines Limited
**Case Number:** 1:09-cv-7043
**Filer:** Comet Shipping Agencies Nigeria Ltd
**Document Number:** 6

**Docket Text:**
AFFIDAVIT OF SERVICE of Summons and Complaint. Service was accepted by Lorna Davis, Authorized Agent of Entity. Document filed by Comet Shipping Agencies Nigeria Ltd. (Carcich, Michael)

**1:09-cv-7043 Notice has been electronically mailed to:**

Michael Joseph Carcich    mcarcich@nicolettihornig.com

**1:09-cv-7043 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=9/18/2009] [FileNumber=6483740-0
] [54dfea446c4544f353ebb679f4f5c54f426475a551abd1bac5c81a49296b8c0effd
720ca2ff1546e62978edd96bcd32c3bdd4242d7d55487014a5818195db41c]]

**AFFIDAVIT OF SERVICE**    Ref# 91861

District Court | Southern County | Index/Case # 09 7043 | Filing Date 8/10/2009

Comet Shipping Agencies

*Plaintiff*

Global Container Lines Limited

*Defendant*

Suffolk County, State of: New York , Arthur C. Hummler being sworn, says: Deponent is not a party herein; is over the age of 18 years and resides in the State of New York

On 9/11/2009 at 1215 PM am/pm at: 100 Quentin Roosevelt Blvd, Garden City NY 11530

Deponent served the within ***Summons and Complaint, Civil Case Management Plan, Individual Practices of

On: Global Container Lines Limited (herein after called the recipient) therein named.

- [ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

- [ ] **Suitable Age person** — by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is defendants ☐ Actual Place of Residence ☐ Actual Place of Business within the State

- [ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is defendants ☐ Actual Place of Residence ☐ Actual Place of Business, within the State. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there _____

- [x] **Corporation or Partnership or Trust or LLC** — by delivering thereat a true copy of each to Lorna Davis personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be Authorized Agent of entity thereof.

- [ ] **Mailing** — Within ___ day(s) of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known ☐ Actual Place of Residence ☐ Actual Place of Business, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

- [x] **Description**
  - ☐ Male ☒ Female ☐ Glasses
  - ☐ white skin ☒ black skin ☐ yellow skin ☐ brown skin ☐ red skin
  - ☒ black hair ☐ brown hair ☐ gray hair ☐ blonde hair ☐ red hair ☐ bald(ing)
  - ☐ 14-20 Yrs ☐ 21-35 Yrs ☒ 36-50 Yrs ☐ 51-65 Yrs ☐ Over 65 Yrs
  - ☐ Under 5' ☐ 5'0"-5'3" ☒ 5'4"-5'8" ☐ 5'9"-6'0" ☐ Over 6'
  - ☐ < 100 Lbs ☐ 100-130 Lbs ☒ 131-160 Lbs ☐ 161-200 Lbs ☐ Over 200 Lbs

Other Identifying Features: _____

- [ ] **Military Service** I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

- [ ] Subpoena Fee Tendered in the amount of _____

- [x] Judge Mcmahon, Rules Governing Electronic Discovery
- [ ]
- [ ]

Sworn to before me on 9/14/09

*Christina Hummler* (signature)
Notary Public, State of New York
No. 01HU4637421
Qualified in Suffolk
Commission Expires 6/30/2010

Deponent's (Server) Signature

Attorney Info/Client Info
Nicoletti Hornig & Sweeney
Wall St. Plaza 88 Pine Street 7th Floor
New York NY 10005
212 220 3830

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

COMET SHIPPING AGENCIES NIGERIA LTD.,

                Plaintiffs,

- against -

GLOBAL CONTAINER LINES LIMITED,

                Defendant.

-------------------------------------------------------------X

09 CIV 7043

SUMMONS IN A CIVIL ACTION

Judge McMahon

TO: (NAME AND ADDRESS[ES] OF DEFENDANT[S])

GLOBAL CONTAINER LINES LIMITED
100 Quentin Roosevelt Boulevard
Garden City, New York 11530

GLOBAL CONTAINER LINES LIMITED
c/o United Corporate Services Inc.
10 Bank Street, Suite 560
White Plains, New York 10606

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
(FILE NO.: 00000891 MJC)

an answer to the complaint which is herewith served upon you, within (twenty) 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON

CLERK

BY DEPUTY CLERK

August 10, 2009
DATE