**EXHIBIT "5"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

COMET SHIPPING AGENCIES NIGERIA LTD.,

          Plaintiff,                                                09 Civ. 7043 (CM)

   - against -                                           **CLERK'S**
                                                          **CERTIFICATE**

GLOBAL CONTAINER LINES LIMITED,

          Defendant.

------------------------------------------------------------X

      I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on August 10, 2009 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant GLOBAL CONTAINER LINES LIMITED by personally serving defendant GLOBAL CONTAINER LINES on September 11, 2009 by delivering a copy of the summons and complaint to United Corporate Services, (Alma A – authorized agent), agent for service of process of said defendant, at 10 Bank Street, Suite 560, White Plains, New York 10606 and by personally serving defendant GLOBAL CONTAINER LINES on September 11, 2009 by delivering a copy of the summons and complaint to defendant GLOBAL CONTAINER LINES (Lorna Davis, authorized agent) at 100 Quentin Roosevelt Blvd., Garden City, New York 11530 and proof of such service thereof was filed on September 18, 2009.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
October 15, 2009

J. MICHAEL MCMAHON
Clerk of the Court

By: _____
Deputy Clerk

X:\Public Word Files\0\891\LEGAL\CLERK'S CERTIFICATE.doc