# EXHIBIT "6"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

COMET SHIPPING AGENCIES NIGERIA LTD.,

                Plaintiff,                              09 Civ. 7043 (CM)

      - against -                                **PROPOSED**
                                                      **DEFAULT**
GLOBAL CONTAINER LINES LIMITED,           **JUDGMENT**

                Defendant.

-------------------------------------------------------------X

      Plaintiff, COMET SHIPPING AGENCIES NIGERIA LTD., having filed a Motion pursuant to Fed.R.Civ.P. Rule 55(b) for a default judgment against defendant, GLOBAL CONTAINER LINES LIMITED, and it having been shown by the affidavit of Michael J. Carcich submitted in support of that Motion and the exhibits attached thereto that defendant, GLOBAL CONTAINER LINES LIMITED, after having been duly served with the Summons and Complaint herein has failed to plead or otherwise respond to the Plaintiff's Complaint or appear in this action and that Plaintiff is entitled to judgment by default in the amount of $187,448.91 together with pre-judgment interest to October 16, 2009 totaling $4,898.07 and $60.47 per day thereafter to the date of entry of judgment and attorneys fees totaling $14,996.13 and costs,

      NOW, therefore, on the motion of Nicoletti Hornig & Sweeney, attorneys for Plaintiff, COMET SHIPPING AGENCIES NIGERIA LTD., it is hereby

      ORDERED, ADJUDGED AND DECREED that the Motion of Plaintiff, COMET SHIPPING AGENCIES NIGERIA LTD., pursuant to Fed.R.Civ.P. Rule 55(b) for a default

judgment against defendant, GLOBAL CONTAINER LINES LIMITED is granted and it is further

ORDERED, ADJUDGED AND DECREED that Plaintiff COMET SHIPPING AGENCIES NIGERIA LTD., recover from defendant, GLOBAL CONTAINER LINES LIMITED, the amount of $187,448.91 together with pre-judgment interest to October 16, 2009 totaling $4,898.07 and $60.47 per day thereafter to the date of entry of this judgment, attorneys fees totaling $14,996.13 and the costs of this action.

Dated: New York, New York
_____, 2009

_____
U.S.D.J.

X:\Public Word Files\0\891\LEGAL\PROPOSED DEFAULT JUDGMENT.doc