Michael J. Carcich, Esq. (MC-5207)
NICOLETTI HORNIG & SWEENEY
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005
Telephone: 212-220-3830
(OUR FILE: 00000891 MJC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

COMET SHIPPING AGENCIES NIGERIA LTD.,

            Plaintiff,                                  09 Civ. 7043 (CM)

   - against -                                  **NOTICE**

GLOBAL CONTAINER LINES LIMITED,

            Defendant.

-------------------------------------------------------------X

TO:    GLOBAL CONTAINER LINES LIMITED
         100 Quentin Roosevelt Boulevard
         Garden City, New York 11530

         - and -

         GLOBAL CONTAINER LINES LIMITED
         c/o United Corporate Services Inc.
         10 Bank Street, Suite 560
         White Plains, New York 10606

THE ATTACHED LEGAL PAPERS ARE BEING SERVED ON YOU BECAUSE YOU HAVE FAILED TO APPEAR IN A LAWSUIT BROUGHT AGAINST YOU. IF YOU DO NOT ENTER AN APPEARANCE IN THE LAWSUIT ON OR BEFORE NOVEMBER 30, 2009, THE COURT WILL ENTER A DEFAULT JUDGMENT AGAINST YOU. IF YOU ARE A CORPORATION, YOU CAN ONLY APPEAR THROUGH AN ATTORNEY. IF YOU ARE AN INDIVIDUAL, YOU MAY APPEAR BY AN ATTORNEY OR PRO SE. IN EITHER EVENT, YOU MUST TAKE SOME ACTION OR A JUDGMENT WILL BE ENTERED AGAINST YOU. ENTRY OF A JUDGMENT MAY RESULT IN A LEVY AGAINST YOUR PROPERTY.

Dated: New York, New York
       October 20, 2009

                                        Yours, etc.,

                                        NICOLETTI HORNIG & SWEENEY
                                        Attorneys for Plaintiff

                                        By: _____
                                        Michael J. Carcich, Esq. (MC-5207)
                                        Wall Street Plaza
                                        88 Pine Street, Seventh Floor
                                        New York, New York 10005
                                        Telephone: 212-220-3830
                                        OUR FILE: 00000891 MJC

cc:

Matthew Roseman, Esq.
CULLEN & DYKMAN
100 Quentin Roosevelt Boulevard
Garden City, New York 11530

X:\Public Word Files\0\891\LEGAL\NOTICE TO GLOBAL CONTAINER.doc

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       : s.s.:
COUNTY OF NEW YORK     )

VALERIE A. CLUNE, being duly sworn, deposes and says:

1. I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Plaintiff. I am not a party to this action, am over 18 years of age and reside in Queens County, New York.

2. On October 22, 2009, I served the annexed NOTICE upon the following:

Matthew Roseman, Esq.
CULLEN & DYKMAN
100 Quentin Roosevelt Boulevard
Garden City, New York 11530

at the addresses designated by said attorneys for that purpose, by depositing true copies of same enclosed in postpaid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York.

_____
VALERIE A. CLUNE

Sworn to before me this
22nd day of October, 2009

_____
Notary Public

ROSEMARIE RUSSO
Notary Public, State of New York
No. 01RU4634359
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires Dec. 31, 20___

**AFFIDAVIT OF SERVICE**   Ref# 92045 A 1

District Court | Southern County   Index/Case # 09 7043   Filing Date 8/10/2009

Comet Shipping Agencies Nigeria Limited

*Plaintiff*

Global Container Lines Limited

*Defendant*

New York County, State of: New York, Juan Pereira NYC 0862954 being sworn, says: Deponent is not a party herein; is over the age of 18 years and resides in the State of New York

On 10/26/2009 at 120 PM am/pm at: 100 Quentin Roosevelt Blvd, Garden City NY 11530

Deponent served the within Notice

On: Global Container Lines Limited (herein after called the recipient) therein named.

☐ **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **Suitable Age person** — by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is defendants ☐ Actual Place of Residence ☐ Actual Place of Business within the State

☐ **Affixing to Door** — By affixing a true copy of each to the door of said premises which is defendants ☐ Actual Place of Residence ☐ Actual Place of Business, within the State. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there _____

☒ **Corporation or Partnership or Trust or LLC** — by delivering thereat a true copy of each to Lorna Davis personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be Authorized Agent of entity thereof.

☐ **Mailing** — Within ___ day(s) of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known ☐ Actual Place of Residence ☐ Actual Place of Business, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communciation was from an attorney or concerned an action against the defendant.

☒ **Description**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☐ white skin | ☒ black hair | ☐ 14-20 Yrs | ☐ Under 5' | ☐ < 100 Lbs |
| ☒ Female | ☒ black skin | ☐ brown hair | ☐ 21-35 Yrs | ☐ 5'0"-5'3" | ☐ 100-130 Lbs |
| | ☐ yellow skin | ☐ gray hair | ☒ 36-50 Yrs | ☒ 5'4"-5'8" | ☒ 131-160 Lbs |
| | ☐ brown skin | ☐ blonde hair | ☐ 51-65 Yrs | ☐ 5'9"-6'0" | ☐ 161-200 Lbs |
| ☐ Glasses | ☐ red skin | ☐ red hair | ☐ Over 65 Yrs | ☐ Over 6' | ☐ Over 200 Lbs |
| | | ☐ bald(ing) | | | |

Other Identifying Features _____

☐ **Military Service** I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ Subpoena Fee Tendered in the amount of _____

Sworn to before me on 11/2/09

Christina Hummler
Notary Public, State of New York
No. 01HU4637421
Qualified in Suffolk
Commission Expires 6/30/2010

Deponent's (Server) Signature

Attorney Info/Client Info
Nicoletti Hornig & Sweeney
Wall St. Plaza 88 Pine Street 7th Floor
New York NY 10005
212 220 3830

**AFFIDAVIT OF SERVICE**  Ref# 92045 B 1

District Court — Southern County — Index/Case # 09 7043 — Filing Date 8/10/2009

**Plaintiff**
Comet Shipping Agencies Nigeria Limited

**Defendant**
Global Container Lines Limited

New York County, State of: New York, Juan Pereira NYC 0862954, being sworn, says: Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 10/26/2009 at 1030 AM am/pm at: 10 Bank Street, Suite 560 White Plains NY 11530

Deponent served the within Notice

On: Global Container Lines Limited c/o United Corporate Services Inc. (herein after called the recipient) therein named.

☐ **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **Suitable Age person** — by delivering thereat a true copy of each to ____ a person of suitable age and discretion. Said premises is defendants ☐ Actual Place of Residence ☐ Actual Place of Business within the State

☐ **Affixing to Door** — By affixing a true copy of each to the door of said premises which is defendants ☐ Actual Place of Residence ☐ Actual Place of Business, within the State. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there ____

☒ **Corporation or Partnership or Trust or LLC** — by delivering thereat a true copy of each to Gray Anderson personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be Authorized Agent of entity thereof.

☐ **Mailing** — Within ___ day(s) of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known ☐ Actual Place of Residence ☐ Actual Place of Business, at ____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communciation was from an attorney or concerned an action against the defendant.

☒ **Description**
☒ Male  ☒ white skin  ☒ black hair  ☐ 14-20 Yrs  ☐ Under 5'  ☐ < 100 Lbs
☐ Female  ☐ black skin  ☐ brown hair  ☐ 21-35 Yrs  ☐ 5'0"-5'3"  ☐ 100-130 Lbs
         ☐ yellow skin  ☐ gray hair  ☒ 36-50 Yrs  ☐ 5'4-5'8"  ☐ 131-160 Lbs
         ☐ brown skin  ☐ blonde hair  ☐ 51-65 Yrs  ☒ 5'9"-6'0"  ☒ 161-200 Lbs
☐ Glasses  ☐ red skin  ☐ red hair  ☐ Over 65 Yrs  ☐ Over 6'  ☐ Over 200 Lbs
                       ☐ bald(ing)

Other Identifying Features: ____

☐ **Military Service** — I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ Subpoena Fee Tendered in the amount of ____

Sworn to before me on 11/2/09

Christina Hummler
Notary Public, State of New York
No. 01HU4637421
Qualified in Suffolk
Commission Expires 6/30/2010

Deponent's (Server) Signature

Attorney Info/Client Info
Nicoletti Hornig & Sweeney
Wall St. Plaza 88 Pine Street 7th Floor
New York NY 10005
212 220 3830